**FILED**

MAY 15 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In the Matter of the Search of: | § § | USAO# 2015R19708 / AUSA Devlin |
| The premises located at<br>414A W. Dittmar Road,<br>Austin, Texas 78745,<br>and all buildings, structures, vehicles, and<br>appurtenances on the curtilage thereof | § § § § § § | NO. A-15-M-627 |

## ORDER

Before the Court is the Government's Motion to Unseal Search Warrant Documents Pursuant to Court's Standing Order Regarding Sealing of Warrants in the above-styled case, seeking an order to file a redacted version of the Application and Affidavit for Search Warrant, the Search Warrant, and the Warrant Return (the "Warrant Documents"), in the public record. After considering the same, the Court is of the opinion that it should be granted. Accordingly,

IT IS ORDERED that the Clerk of the Court UNSEAL the Warrant Documents by filing the redacted version of the Warrant Documents included in the United States' Motion for the public record.

IT IS FURTHER ORDERED that the unredacted Warrant Documents remain under seal until further order of the Court.

**SIGNED** this _15_ day of _May_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE